**Order filed November 14. 2013.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-13-00268-CV
_____

**HELEN MAYFIELD, Appellant**

**V.**

**JOHN CUOCO, STEVE FULLJART, KBTX NEWS, A CORPORATION AND GRAY COMMUNICATIONS, A CORPORATION, JOINTLY AND SEVERALLY, Appellees**

---

**On Appeal from the 80th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-26159**

---

# O R D E R

Appellant's brief was originally due August 29, 2013. Appellant requested and was granted an extension of time to file her brief until October 14, 2013, with a notation that no further extensions would be granted absent exceptional circumstances. No brief or further motion for extension of time has been filed.

Unless appellant files her brief with the clerk of this court on or before **December 6, 2013**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).


PER CURIAM